# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vratil, Kathryn H. | District of Kansas | 7/30/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Senior | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

United States District Court
500 State Avenue
Suite 529
Kansas City, Kansas 66101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | Director | Federal Judges Association |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 7/30/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | AT&T Pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law School | April 6-7, 2017 | Atlanta, GA | Program on women and minorities in leadership positions in MDL cases and Class Action | Travel, Lodging, and Subsistence |
| 2. | Federal Judges Association | May 24-25, 2017 | Washington, DC | Board of Directors meeting | Travel, Lodging, and Subsistence |
| 3. | Duke Law School | June 8-9, 2017 | Raleigh-Durham, NC | Faculty at LLM Program | Travel, Lodging, and Subsistence |
| 4. | Emory Law School | September 13-15, 2017 | Atlanta, GA | Program on diversity and leadership in MDL cases | Travel, Lodging, and Subsistence |
| 5. | Women En Masse | September 24-26, 2017 | Aspen, CO | Program on strategies to diversify leadership in MDL cases | Travel, Lodging, and Subsistence |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vratil, Kathryn H.** | 7/30/2018 |

6.   University of Miami          December 7-8, 2017     Miami, Florida          Class Action Forum          Travel, Lodging, and Subsistence

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 7/30/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Navient | Student Loans | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 7/30/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prudential Life Ins. Policies (whole life) (Y) | | | | | | | | | |
| 2. Massachusetts Mutual Life Ins. Policy (whole life) (Y) | | | | | | | | | |
| 3. iShares MSCI Emrg Mkt Fd Emerging | | None | | | Sold (part) | 04/13/17 | J | A | |
| 4. | | | | | Sold | 04/21/17 | J | C | |
| 5. Technology Select Sector SPDS a/k/a Sector | A | Dividend | K | T | Sold (part) | 04/21/17 | K | E | |
| 6. IRA #1 (H) | | | | | | | | | |
| 7. Othologic Corp | | None | J | T | | | | | |
| 8. California Amplifier | | None | J | T | | | | | |
| 9. Schwab Cash Reserves | A | Interest | | | Sold | 04/11/17 | J | A | |
| 10. Bond Fund of America C1 C | A | Dividend | | | Sold | 05/22/17 | J | | |
| 11. Capital World Grth & Incm C1 C | A | Dividend | | | Sold | 06/13/17 | J | A | |
| 12. Europacific Growth Fund C1 C | | None | | | Sold | 06/13/17 | J | A | |
| 13. Franklin Founding Fd Alloc C | | None | | | Sold | 06/13/17 | J | A | |
| 14. Growth Fund of America C1 C | | None | | | Sold | 06/13/17 | J | A | |
| 15. Investment Co of America C1 C | A | Dividend | | | Sold | 06/13/17 | J | A | |
| 16. Lord Abbett Developing Grwth A | | None | | | Sold | 05/22/17 | J | | |
| 17. Washington Mutual Invs FD F1 | A | Dividend | | | Sold | 06/13/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 7/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cash account-Edward Jones | | None | | | Sold | 06/08/17 | J | | |
| 19. Fidelity Government Cash Reserves | A | Interest | J | T | Buy | 04/11/17 | J | | |
| 20. Fidelity 500 Index Premium Class | A | Dividend | K | T | Buy | 04/20/17 | K | | |
| 21. | | | | | Sold (part) | 08/11/17 | J | A | |
| 22. Matthews Asia Dividend Fund | B | Dividend | K | T | Buy | 04/20/17 | K | | |
| 23. American New World Fund Cl F2 | A | Dividend | J | T | Buy | 06/14/17 | J | | |
| 24. Fidelity Government Cash Reserves | A | Dividend | J | T | Buy | 06/12/17 | J | | |
| 25. Trust #1 (H) | | | | | | | | | |
| 26. Schwab Cash Reserves Sweep Shares (cash) | A | Interest | K | T | | | | | |
| 27. Schwab Deposit Account | A | Interest | | | Closed | 04/12/17 | K | A | |
| 28. Wyandotte ETC K 4.125% | A | Interest | J | T | | | | | |
| 29. KS ST DEV FA 4.4% | A | Interest | | | Redeemed | 05/01/17 | J | | |
| 30. Olathe KS 4% 29 DB | A | Interest | J | T | | | | | |
| 31. Wyandotte ETC KS 4.75% | A | Interest | J | T | | | | | |
| 32. Fidelity Government Cash Reserves | A | Interest | K | T | Buy | 04/12/17 | K | | |
| 33. Fidelity Cash Account | A | Interest | K | T | Buy | 04/12/17 | K | | |
| 34. Fidelity Momentum Factor ETF | A | Interest | L | T | Buy | 06/06/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 7/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/10/17 | K | | |
| 36. | | | | | Buy (add'l) | 07/31/17 | K | | |
| 37. Fidelity Dividend ETF for Rising Rates | B | Dividend | L | T | Buy | 06/06/17 | K | | |
| 38. | | | | | Buy (add'l) | 07/10/17 | K | | |
| 39. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 40. IShares Core S&P Mid-Cap ETF | A | Dividend | K | T | Buy | 06/06/17 | J | | |
| 41. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 42. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 43. Vanguard Tax Managed Bal PRTF Adm | A | Dividend | L | T | Buy | 06/06/17 | K | | |
| 44. American Euro Pacific Growth Fund Cl F2 | B | Dividend | L | T | Buy | 07/31/17 | K | | |
| 45. | | | | | Buy (add'l) | 08/31/17 | K | | |
| 46. | | | | | Buy (add'l) | 10/02/17 | K | | |
| 47. Fidelity Advisor Small Cap Growth Cl Z | B | Dividend | K | T | Buy | 07/31/17 | J | | |
| 48. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 49. | | | | | Buy (add'l) | 09/29/17 | J | | |
| 50. Fidelity Select Materials Portfolio | A | Dividend | K | T | Buy | 07/31/17 | J | | |
| 51. | | | | | Buy (add'l) | 08/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 7/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/29/17 | J | | |
| 53. Vanguard GL Minimum Volatility Investor | B | Dividend | L | T | Buy | 07/31/17 | K | | |
| 54. | | | | | Buy (add'l) | 08/30/17 | K | | |
| 55. | | | | | Buy (add'l) | 10/02/17 | K | | |
| 56. Vanguard Index FDS Vanguard REIT ETF | A | Dividend | J | T | Buy | 07/31/17 | J | | |
| 57. Kentucky St PPPY & BLDGS Commn | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 58. Brevard Cnty FLA Health Facs | A | Dividend | J | T | Buy | 08/30/17 | J | | |
| 59. Middlesex Cnty NJ CTFS PARTN REF COPS Civic Square II Redev Assoc | A | Dividend | K | T | Buy | 09/28/17 | K | | |
| 60. Perry TWP Multi Sch Bldg Corp | | None | J | T | Buy | 10/06/17 | J | | |
| 61. Washington Fed Hwy Grnt | | None | K | T | Buy | 10/17/17 | K | | |
| 62. District Columbia Rev Deed Tax Rev Bds | A | Interest | J | T | Buy | 10/20/17 | J | | |
| 63. Kentucky St Tpk Auth Economic Dev Rd | | None | J | T | Buy | 10/20/17 | J | | |
| 64. University Alaska Univ Revs Gen Rev Bds | | None | J | T | Buy | 10/20/17 | J | | |
| 65. Corpus Christi Tex Util Sys Rev | | None | K | T | Buy | 10/26/17 | K | | |
| 66. Arizona St Transn Brd Grant Antic Nts | | None | K | T | Buy | 10/31/17 | K | | |
| 67. Houson Tex Cmnty College Rev | | None | J | T | Buy | 11/29/17 | J | | |
| 68. Mississippi Dev Bk Spl Oblig Walnut Grove Youth Corr | | None | K | T | Buy | 11/30/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 7/30/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. King Cty Wash School Dist No 400 Mercer | A | Dividend | J | T | Buy | 11/03/17 | J | | |
| 70. University Tex Univ Revs Rev Ref Bds | | None | K | T | Buy | 11/03/17 | K | | |
| 71. Miami-Dade Cnty Fla Health Facs Auth | | None | K | T | Buy | 11/06/17 | K | | |
| 72. Washington St Health Care Facs Auth Rev | | None | K | T | Buy | 11/06/17 | K | | |
| 73. Trust #2 (H) | | | | | | | | | |
| 74. Commerce Bank (cash) | A | Interest | J | T | | | | | |
| 75. Trust #3 (H) | | | | | | | | | |
| 76. Bank of America (cash) | A | Interest | K | T | | | | | |
| 77. Series E Savings Bonds (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 7/30/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 27: Due to a typographical error, this asset was inadvertently listed in my 2016 report as being part of Trust #2.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathryn H. Vratil**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544